UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| EDDIE DUNBAR,<br>Plaintiff,<br>v.<br>I. SANCHEZ, et al.,<br>Defendants. | Case No. 26-cv-06913-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 2 |

On July 7, 2026, Plaintiff Eddie Dunbar, a state prisoner representing himself, filed the present prisoner complaint under 42 U.S.C. § 1983. Dkt. 1. He also submitted a motion for leave to proceed *in forma pauperis* ("IFP"). On that same date the Clerk of the Court sent a notice to Dunbar, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's IFP application on the proper form. The Clerk sent Dunbar a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and Dunbar has not paid the filing fee, returned the IFP application on the proper form, or otherwise communicated with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all pending motions as moot, dkt. 2, and close the file.

**IT IS SO ORDERED.**

Dated: November 3, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**